UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GABRIELA LOPES CHAVEZ and LUZ MARIA HUARCA SEDANO, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

BESOS RESTAURANT BAR & LOUNGE CORP and YISSELA GUARDIA SPILCUETA, as an individual,

*Defendants.*

Case No. 1:23-cv-09196-PAE-BCM

**NOTICE OF APPEARANCE OF MASTEWAL TADDESE TEREFE**

---

PLEASE TAKE NOTICE that Mastewal Taddese Terefe, associate with THOMPSON & SKRABANEK, PLLC, hereby enters her appearance on behalf of Defendants Besos Restaurant Bar & Lounge Corp. and Yissela Guardia Spilcueta in the above-entitled action. I am admitted to practice in this court and my bar number is 5892948.  All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: November 22, 2023
        New York, New York

_____
 Mastewal Taddese Terefe
THOMPSON & SKRABANEK, PLLC
42 W. 38th Street, Suite 1002
New York, NY 10018
(646) 568-4280
mterefe@ts-firm.com

*Attorneys for Defendants Besos Restaurant Bar & Lounge Corp. and Yissela Guardia Spilcueta*