```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA LOPES CHAVEZ, et al.,

               Plaintiffs,

     -against-

BESOS RESTAURANT BAR & LOUNGE
CORP, et al.,

               Defendants.

23-CV-9196 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     As discussed on the record during today's conference, no later than **July 1, 2024**, plaintiff must (after conferring with defendants) file a status letter advising the Court of the progress of settlement negotiations and whether the parties seek to extend discovery deadlines.

Dated: New York, New York
       June 11, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**