```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA LOPES CHAVEZ, et al.,

        Plaintiffs,

-against-

BESOS RESTAURANT BAR & LOUNGE CORP, et al.,

        Defendants.

23-CV-9196 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By order dated February 29, 2024, the Court directed the parties to file either motions for summary judgment, if any, or a proposed joint pretrial order no later than no later than 30 days after the close of discovery. (Dkt. 18 at ¶¶ 11-12.) Discovery closed on September 2, 2024 (Dkt. 24). Thirty days came and went, and the parties have filed neither motions nor a proposed pretrial order. Consequently, the parties must file a joint letter no later than **October 18, 2024**, informing the Court which option they plan to pursue. If either side intends to move for summary judgment, the parties must propose a date for a pre-motion conference as to that motion.

Dated: New York, New York
       October 11, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**