```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA LOPES CHAVEZ, et al.,

        Plaintiffs,

-against-

BESOS RESTAURANT BAR & LOUNGE CORP, et al.,

        Defendants.

23-CV-9196 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received copies of plaintiff's counsel's time records and contingency fee agreement. Consequently, the conference previously scheduled for December 12, 2024, is hereby ADJOURNED *sine die*.

Dated: New York, New York
       December 10, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**