```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELA LOPES CHAVEZ, et al.,

        Plaintiffs,

-against-

BESOS RESTAURANT BAR & LOUNGE CORP, et al.,

        Defendants.

23-CV-9196 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter, filed December 6, 2024 (Dkt. 32), attaching their fully-executed Settlement Agreement (Dkt. 32-1). Having carefully reviewed the financial and non-financial terms of the Settlement Agreement, the Court finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the proposed Settlement Agreement is APPROVED and this action is DISMISSED WITH PREJUDICE.

Dated: New York, New York
       December 11, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**